FILED
SEP - 2 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| DONNELL SIMMONS, | ) | |
| | ) | 4:26CR00427-JMD PLC |
| Defendant. | ) | |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and C. Ryan Finlen, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. The defendant is charged in a four-count indictment, charging him with aiding and abetting a distribution of fentanyl (Count One), possessing fentanyl with the intent to distribute it (Count Two), possessing a firearm in furtherance of a drug-trafficking crime (Count Three), and knowingly possessing a firearm as a previously-convicted felon.

2. Pursuant to Title 18, United States Code, Section 3142(e)(2) and (f)(1)(C) there is a rebuttable presumption that Defendant should be detained pending the resolution of this matter. Additionally, the factors set forth in Title 18, United States Code, Section 3142(g) weigh in favor of detention.

3. As far back as July 2025, undercover law enforcement agents have been contacting Defendant on his cellular phone with telephone number ending in 2496. Agents then outlined the undercover purchases of

controlled substances made by contacting that telephone number spanning from July 2026 to August 2026 in a search warrant affidavit in support of a request to search Defendant's apartment on Chain of Rocks Drive. A judge in the 22nd Judicial Circuit of Missouri found probable cause to search Defendant's apartment and authorized a search warrant.

4. On August 20, 2026, an undercover agent again contacted the cellular phone with telephone number ending in 2496 to arrange a purchase of fentanyl. Defendant's co-conspirator arrived at the agreed location and provided the fentanyl to the undercover officer. Defendant's co-conspirator was taken into custody.

5. After taking the co-conspirator into custody, law enforcement executed the search warrant at Defendant's apartment. When the SWAT team knocked and announced, Defendant, who was inside, did not answer. Instead, Defendant leaned against the door in an attempt to keep the SWAT team from entering. Defendant continued to resist even after the SWAT team made entry. The SWAT team had to use a taser device multiple times in order to get Defendant into custody.

6. Once the team was finally able to search Defendant's apartment, they discovered a digital scale, empty and full capsules, and baggies containing suspected controlled substances. The laboratory would later confirm that the various substances recovered from Defendant's apartment were cocaine, cocaine base, fentanyl, and methamphetamine.

7. Hanging on Defendant's bed (within feet of a baggie full of capsules) was a satchel containing two loaded firearms.

8. Aside from the strength of the evidence, Defendant's history demonstrates that he is a poor candidate for pretrial release. In January 2017, he was given a term of probation for two counts of UUW and another count of possession of a controlled substance. Within six months, Defendant is arrested and charged with two more counts of UUW, two counts of possession of a controlled substance, and another count of

possessing a defaced firearm. Consequently, Defendant's term of probation was revoked within a year after being imposed.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure Defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ C. Ryan Finlen*
C. RYAN FINLEN, #6305918IL
Assistant United States Attorney